1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KATHRYN R. HAUN  (DCBN 484131)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: kathryn.haun@usdoj.gov
8
   Attorneys for United States
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        ) No. CR-12-00792 YGR
                                      )
14 |     Plaintiff,                   ) STIPULATED REQUEST CONTINUE
                                      ) SENTENCING FROM AUGUST 22, 2013
15 | v.                               ) TO SEPTEMBER 19, 2013  AND ORDER
                                      )
16 | PETER CUEN,                      ) Date:      August 22, 2013
         a/k/a "Mijo"                 ) Time:      10:00 a.m.
17                                    )
         Defendant.                   )
18 |_____    )

19        The above-captioned matter is set on August 22, 2013 before this Court for sentencing.

20 The parties jointly request that this Court vacate that date and set this matter for sentencing on

21 September 19, 2013 at 2:00 p.m.

22        The parties agree that a continuation of the sentencing date is appropriate because both

23 counsel for the government are now unavailable on the August 22, 2013 date.  Rather than have

24 another AUSA file a Notice of Appearance in the case and stand in on the matter, the parties

25 believed it was preferable to request the Court continue the hearing since current government

26 counsel of record are in the best position to explain the basis for the sentencing recommendation

27 the Plea Agreement contemplates.  The Probation Officer has no objection and is available on the

28 September 19, 2013 date requested.

   DATED: August 7, 2013

   STIP. REQ. TO CONTINUE SENTENCING

SO STIPULATED.

_____/s/_____       _____/s/_____
KATHRYN R. HAUN                        PAUL WOLF
RANDALL S. LUSKEY                      Counsel for Defendant
Assistant United States Attorneys

### ~~PROPOSED~~ ORDER

**IT IS HEREBY ORDERED** for the reasons stated in the parties' stipulated request to continue sentencing that the sentencing set for August 22, 2013 is vacated and sentencing in this matter is continued until September 19, 2013 at 2 pm.

DATED:  August 13, 2013           _____
                                  HON. YVONNE GONZALEZ ROGERS
                                  United States District Judge